United States Court of Appeals
Fifth Circuit

**F I L E D**

April 22, 2004

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 03-30224

_____

MICHAEL JAMES GOINS,

Plaintiff - Appellant,

versus

LOCAL 2047 I L A EXECUTIVE BOARD,

Defendant - Appellee.

_____

Appeal from the United States District Court
for the Western District of Louisiana, Alexandria
USDC No. 98-CV-180

_____

Before JOLLY, JONES, and PRADO, Circuit Judges.

PER CURIAM:*

The court has carefully considered this appeal in the light of the briefs, oral arguments and pertinent parts of the record. Having done so, we find no reversible error of fact or law and affirm for essentially the reasons stated by the district court. Consequently, the district court's judgment is

**AFFIRMED.** See 5TH CIR. R. 47.6.

_____

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.